UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEL WALKER, | No. 08 CV 2261 JCW |
| Plaintiff, | <u>ORDER</u> |
| vs. | |
| R. GOWER, et al., | |
| Defendants. | |
| _____ / | |

Walker, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, and a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

With respect to his latter request, Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis is granted. Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). Pursuant to this order, plaintiff will be assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1). By separate order, the

1

court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

As for plaintiff's civil rights action, the court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Doing so here, the court concludes that the complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff may prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1). All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. Service is appropriate for the following defendants, as listed in the complaint: T. Felker, R. Gower, L. Alexander, McMoran, J. Commings, B. Ingwerson.

4. The Clerk of the Court shall send plaintiff six (6) USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed September 25, 2008.

5. Within twenty-eight (28) days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

  c. One completed USM-285 form for each defendant listed in number 3 above;

  and

  d. Seven (7) copies of the endorsed complaint filed September 25, 2008.

 6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: May 27, 2009          /s/ J. Clifford Wallace
                  J. Clifford Wallace
                  United States Circuit Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMAL WALKER

    Plaintiff,　　　　　　　　　　No. 2:08-cv-2261 JCW

  vs.

R. GOWER, et al.,　　　　　　　　　　<u>NOTICE OF SUBMISSION</u>

    Defendants.　　　　　　　　　　<u>OF DOCUMENTS</u>

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____　completed summons form

    _____　completed USM-285 forms

    _____　copies of the _____
　　　　　　　　　　　　　Complaint/Amended Complaint

DATED:

_____
Plaintiff