UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEL WALKER, | No. 08 CV 2261 JCW |
| Plaintiff, | ORDER |
| vs. | |
| R. GOWER, et al., | |
| Defendants. | |

Walker, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On June 8, 2009, Walker filed a motion for the appointment of counsel.

District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In this case, I conclude that the required exceptional circumstances do not exist. Accordingly, Walker's motion for the appointment of counsel is DENIED without prejudice.

DATED: March 31, 2010          /s/ J. Clifford Wallace          J.
                               J. Clifford Wallace
                               United States Circuit Judge

1