1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMEL WALKER,                            No. 08 CV 2261 JCW

12              Plaintiff,                     ORDER
                vs.
13
     R. GOWER, et al.,
14
                Defendants.
15   _____/

16        Walker, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

17   U.S.C. § 1983.  The court previously granted plaintiff's request to proceed in forma pauperis and

18   previously ordered the filing of plaintiff's complaint.

19        On December 7, 2009, the court granted defendants' motion to dismiss for plaintiff's

20   failure to exhaust administrative remedies.  Plaintiff was given leave to amend his complaint

21   against Defendant McMoran, however, within 28 days of the date of the order of dismissal.

22   Plaintiff filed an timely amended complaint as to defendant McMoran.

23        The court is required to screen complaints brought by prisoners seeking relief against a

24   governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).

25   Doing so here, I conclude that the amended complaint states a cognizable claim for relief

26

                                    1

pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff may prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1.     Service is appropriate for the following defendant: Alexander McMoran.

2.     The Clerk of the Court shall send plaintiff one (1) USM-285 form, one summons, an instruction sheet and a copy of the complaint filed December 17, 2009.

3.     Within twenty-eight (28) days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

      a.     The completed Notice of Submission of Documents;

      b.     One completed summons;

      c.     One completed USM-285 form for each defendant listed in number 1 above; and

      d.     Two (2) copies of the endorsed complaint filed December 17, 2009.

4.     Plaintiff need not attempt service on defendant and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: March 31, 2010                    /s/ J. Clifford Wallace
                                    J. Clifford Wallace
                              United States Circuit Judge