UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEL WALKER, | Case No. 2: 08-CV-2261 JCW |
| Plaintiff, | **ORDER** |
| vs. | |
| R. GOWER, et al., | |
| Defendant. | |
| _____/ | |

On September 25, 2008, Plaintiff Jamel Walker, who is a California state prisoner, filed a complaint alleging claims pursuant to 42 U.S.C. § 1983. According to the complaint, the State violated Walker's Eighth Amendment rights when a correctional officer shot Walker during a prison riot at the High Desert State Prison in Susanville, California.

On April 8, 2001, the State moved for summary judgment pursuant to Federal Rule of Civil Procedure 56. Pursuant this court's local rules, Walker had twenty-one days to serve and file a response to the State's motion. *See* Local Rule 78-230(l). Yet, as of May 26, 2011, Walker has not filed a response. Under Rule

1

1  78-230(l), Walker's failure to oppose the motion "may be deemed a waiver of any
2  opposition to the granting of the motion . . . ." *Id.*; *see also Brydges v. Lewis*, 18
3  F.3d 651, 653 (9th Cir. 1994) (affirming summary judgment where the district
4  court construed plaintiff's "failure to respond a consent to the motion" because
5  plaintiff had been "warned of the consequence of his failure to respond to the . . .
6  summary judgment motion").

7  Accordingly, Walker is **ORDERED** to file a responsive memorandum to the
8  State's motion for summary judgment on or before 5:00 p.m. on June 10, 2011.
9  Should he fail to comply, he is hereby **WARNED** that his failure may be deemed a
10 waiver, and that I may grant the motion on that basis.

11 DATED:   May 26, 2011

                                    /s/ J. Clifford Wallace
                                    J. CLIFFORD WALLACE
                                    UNITED STATES CIRCUIT JUDGE

2